IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 30 2020

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Amanda D Tucker
_____, Plaintiff

v.

Department of Regulatory Agencies ( DORA)
_____,

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.  PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Amanda D Tucker , 62 Haystack Lane, Snowmass, Colorado 81654

(Name and complete mailing address)

970-820-8540 atuckermd@yahoo.com

(Telephone number and e-mail address)

## B.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  DORA, 1560 Broadway, #1545 Denver, Co 80202

(Name and complete mailing address)

303-894-7855 , dora_medicalboard@state.co.us

(Telephone number and e-mail address if known)

Defendant 2:  _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

Defendant 3:  _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

Defendant 4:  _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

2

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

[✔] Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Rehab Act of 1973 29 USC 701 et seq, ADA 42, USC 12101

CRS 24-33.5-701 Colorado Disaster Emergency Act . Governors Order D2020-0:

[ ] Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Violation of Governor Polis Order D2020-032 and CRS 24-33.5-701

Supporting facts: See Attached

4

## Complaint 1 Violation of the Governors Order calling DORA to "cut all red tape and remove all impediments to licensure "

In December 2015, DORA ordered plaintiff to conduct a routine Fit for Duty Evaluation and plaintiff scheduled this within days and commenced it within three weeks (early January 2016) when the State of Colorado Peer Assistance Program allows "several weeks". To schedule and another "several weeks " to commence the evaluation,

DORA violated both their own Peer Assistance Contract and the American with Disabilities Act when they wrongly removed plaintiff's livelihood while she was undergoing a Fit for Duty Evaluation.

It has become clear that DORA's attorneys Ms. Ashley Moller and Mr. Christopher Diedrich have breached their professional duty to DORA and failed to submit both the immediate scheduling and commencement of this evaluation and also failed to report its results which showed plaintiff had no disability.in their possession from February 2017 on.

DORA has full documentation that, with the documents enclosed with this pleading that their attorneys breached the Rules of Civil Procedure by withholding these documents which prohibited the rulings that are made.

Any attempts to ask DORA to correct the action of their attorneys are sent to the attorneys and thrown in the trash requiring an court intervention, Ms. Moller and Mr. Diedrich has fiercely blocked this in State Court , forcing this matter into Federal Court where DORA might actually see the documents that have been suppressed.by their attorneys.

Plaintiff is a medical doctor with expertise required in the current Covid 19 Pandemic. DORA has been directed to activate all licenses and remove all impediments to licensure. DORA has failed to activate her license and failed to expunge both the wrongful suspensions of her medical license 32131 which plaintiff asks is conducted by simply non -hearing review of the enclosed documents

CLAIM TWO: Violation of 29 USC 701 et seq and 42 USC 12101

Supporting facts: See Attached

## Complaint 2 Violation of the American with Disability Act

In December 2015, DORA ordered plaintiff to conduct a routine Fit for Duty Evaluation and plaintiff scheduled this within days and commenced it within three weeks (early January 2016) when the State of Colorado Peer Assistance Program allows "several weeks". To schedule and another "several weeks " to commence the evaluation,

DORA violated both their own Peer Assistance Contract and the American with Disabilities Act when they wrongly removed plaintiff's livelihood while she was undergoing a Fit for Duty Evaluation.

The enclosed documents show that DORA violated the ADA when it declared her noncompliant with the Fit for Duty Request of "an outside CPHP" Evaluation (their Employee Assistance Program) when plaintiff had immediately complied with this order and this confirmation of compliance has been withheld by DORA's attorneys

The American with Disabilities Act does not permit employers to remove employment while a Fit for Duty Evaluation is underway and requires extensive medical documentation diagnoses and documentation of failed attempts at accommodation before any entity can remove an employee's employment by declaring them a Direct Threat and DORA had no such documentation since the evaluation had only just begun.

In February 2017 DORA received their Fit for Duty Evaluation expressly conducted by a sub-contractor outside CPHP. This evaluation confirmed that plaintiff was fit for duty. Yet six months later DORA again violated the American with Disabilities Act by, over the telephone making a declaration that plaintiff suffered from a disability that "could not be accommodated " when the only Fit for Duty conducted said exactly the opposite which DORA ignored

Again it is quite likely that DORA's attorney did not submit this evaluating and falsely represented to its client that plaintiff lived in Colorado and had clinical appointments with CPHP when plaintiff had a one 30 minute administrative appointment with CPHP in one 12 month period and CPHP had no involvement with the requested "outside CPHP evaluation"

Relief Requested

1. Plaintiff requests that the Federal Court order DORA to include the email written by sub-contractor Summitstone Health in January 2016 which confirms immediate and full compliance for their December 2015 request for a Fit for Duty and expunge their wrongful February 2016 suspension for "failure to comply " with scheduling and commencement of this evaluation only possible because their attorneys withheld documents in their possession

2. Plaintiff requests that the Federal Court review the result of this Summitstone Health Evaluation received in February 2017 showing plaintiff had no disability and order the reversal of the wrongful July 2017 suspension claiming that plaintiff was a "Direct Threat "to society and severely disabled with a disability that could not be accommodated.

3. Plaintiff requests that DORA remove any record of any errors that resulted from their attorneys' practice of withholding and suppressing key documents from their client and immediately activate plaintiffs medical license in compliance with Governor Polis Emergency Order

E.   **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

F.   **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Amanda D Tucker    *[signature: Amanda Tucker]*
(Plaintiff's signature)

April 24th 2020
(Date)

(Revised December 2017)

6